RECEIVED
IN MONROE, LA
JUL 2 0 2006
KV
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### MONROE DIVISION

| | |
|---|---|
| **CARLOS LURON HARRIS** | **CIVIL ACTION NO. 06-0373** |
| VS. | SECTION P |
| **LOUISIANA STATE UNIVERSITY MEDICAL CENTER, ET AL.** | JUDGE JAMES<br>MAGISTRATE JUDGE HAYES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that plaintiff's civil rights complaint be **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim on which relief may be granted, and for seeking monetary relief against defendant who are immune from suit in accordance with the provisions of 28 U.S.C. § 1915(e)(2)(B)(i), (ii), and (iii).

**THUS DONE AND SIGNED**, in chambers, in Monroe, Louisiana, on this 20 day of July, 2006.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE